mdafp
MORRIS DUFFY ALONSO FALEY & PITCOFF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/15/2026

**The application is granted. This action is stayed for six months, through March 31, 2027, without prejudice to a request for further extension of the stay.**

**The Clerk of the Court is kindly directed to terminate the motion at ECF No. 12.**
**Dated: September 15, 2026**
**White Plains, NY**

SO ORDERED:
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

September 11, 2026

***VIA ECF***
Hon. Nelson S. Roman
U.S. District Court Judge, S.D.N.Y.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

RE: Case 7:26-cv-05158-NSR
***VALENTIN v. TARRYTOWN POLICE DEPARTMENT, ET. AL.***

Dear Hon. Roman,

I represent defendant Village of Tarrytown in the above-mentioned matter.

I respectfully request that the Court stay this litigation pending the resolution of criminal charges currently pending against plaintiff, Mark Valentin. "If a plaintiff files a false-arrest claim before he has been convicted (or files any other claim related to rulings that will likely be made in a pending or anticipated criminal trial), it is within the power of the district court, and in accord with common practice, to stay the civil action until the criminal case or the likelihood of a criminal case is ended." Wallace v. Kato, 549 U.S. 384, 393–94, 127 S. Ct. 1091, 1098, 166 L. Ed. 2d 973 (2007).

Here, plaintiff appears to allege that defendants violated his Fourth Amendment rights during a traffic stop on February 26, 2026 and asserts claims sounding in false arrest, unlawful search and seizure, and excessive force. Plaintiff was arrested during the February 26, 2026 incident, and criminal charges arising from that incident are currently pending against him in the Village of Tarrytown Criminal Court, including Criminal Possession of a Weapon in the Third Degree in violation of N.Y. Penal Law § 265.02 (a Class D felony), and Obstructing Governmental Administration in the Second Degree in violation of N.Y. Penal Law § 195.05 (a Class A misdemeanor).

Upon information and belief, a hearing is scheduled for September 30, 2026. These criminal proceedings are directly related to the allegations at issue in this action and remain pending. The pending criminal action will have a significant impact on discovery and the issues to be litigated in this matter. The outcome of the criminal case may directly affect defendants' defenses, as a "conviction which survives appeal would be conclusive evidence of probable cause." Broughton v. State, 37 N.Y.2d 451, 458, 335 N.E.2d 310, 315 (1975).

MORRIS DUFFY ALONSO FALEY & PITCOFF



Additionally, while the criminal charges remain pending, plaintiff will likely invoke his Fifth Amendment privilege against self-incrimination, which will limit testimony and discovery as to significant issues in this matter.

As such, we respectfully request a stay in this litigation until the plaintiffs' criminal matters are resolved.

We thank you for your time and consideration.

Very truly yours,

*Daniela Rapisardi*
DANIELA RAPISARDI

CC:
***VIA ECF AND MAIL***
Mark Valentin
99 Main Street
Nyack, New York 10960